■ In the Matter of the Arbitration between GEICO INDEMNITY COMPANY, Appellant, and SHACARA M. PULLIAM, Respondent. [6 NYS3d 516]—Appeal from an order of the Supreme Court, Erie County (Thomas P. Franczyk, A.J.), entered February 19, 2014. The order denied that part of the petition seeking a stay of arbitration.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on February 10, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Sconiers, Whalen and DeJoseph, JJ.

■ In the Matter of GILBERT ORTIZ, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [6 NYS3d 517]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered Oct. 17, 2014) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE A. PADILLA, Appellant. [6 NYS3d 517]—Appeal from a judgment of the Monroe County Court (Vincent M. Dinolfo, J.), rendered January 19, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.